Semnar & Hartman, LLP
Babak Semnar, Esq. (#224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman (#254860)
jared@ sandiegoconsumerattorneys.com
400 S. Melrose Drive, Suite 209
Vista, California 92081
Telephone: (619) 500-4187
Fax: (888) 819-8230

Attorneys for Plaintiff,
ALMA RODRIGUEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA RODRIGUEZ, an individual, | Case No.: 3:17-cv-00509-BEN-KSC |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF SETTLEMENT OF ALL CLAIMS PENDING AGAINST DEFENDANT WELK RESORT GROUP, INC.** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; WELK RESORT GROUP, INC.; DOES 1-10, | |
| Defendants. | |

PLEASE TAKE NOTICE, all claims pending against Defendant WELK RESORT GROUP, INC. have reached a settlement in fact, which is currently pending final execution. Plaintiff requests that the Court set a telephonic settlement disposition conference for February 23, 2018, at 9:30 a.m. with counsel for Plaintiff and counsel for WELK RESORT GROUP, INC., so that the settlement disposition conference dates are consistent with what has already been set by the Court with respect to the pending settlement with Defendant EXPERIAN INFORMATION SOLUTIONS, INC. (see

1 | Dckt. #17).

2 |   Plaintiff and Defendant WELK RESORT GROUP, INC. will file a joint motion
3 | for dismissal, with prejudice, upon final execution of the settlement agreement, which
4 | said parties believe will occur before February 23, 2018.

6 | DATED: 12-1-17            Respectfully Submitted,

8 |               By: *Jared M. Hartman*   ,
9 |               Jared M. Hartman, Esq.
              SEMNAR & HARTMAN, LLP
10 |               Attorneys for Plaintiff