UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA RODRIGUEZ,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　　　　Defendant. | Case No.: 3:17-cv-00509-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT WELK RESORT GROUP, INC.** |

Having read and considered the Joint Motion to Dismiss filed by Plaintiff Alma Rodriguez and Defendant Welk Resort Group, Inc., and good cause appearing,

**IT IS HEREBY ORDERED:**

The parties' Joint Motion for an Order dismissing Defendant Welk Resort Group, Inc. is hereby **GRANTED with prejudice.** Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: December 19, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　United States District Judge

1

3:17-cv-00509-BEN-KSC