FILED

18 JAN 23 AM 10:20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY UC _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; WELK RESORT GROUP, INC.; DOES 1-10,<br><br>Defendants. | Case No.: 3:17-cv-00509-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 23.] |

Having read and considered the parties' Joint Motion for Dismissal filed by Plaintiff ALMA RODRIGUEZ and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., and good cause appearing, **IT IS HEREBY ORDERED:**

All claims that Plaintiff raised or could have raised against Defendant in this action are hereby ordered **DISMISSED with prejudice.** Each party to bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 23, 2018

Hon. Roger T. Benitez
United States District Judge